January 16, 1939

Honorable R. C. Musslewhite
District Attorney
Lufkin, Texas

Dear Mr. Musslewhite:

Opinion No. 115
Re: Nepotism Law

        This Office is in receipt of your letter of January 11, 1939, requesting an opinion as to whether the Nepotism Law prohibits the employment of the second wife of a man whose now deceased first wife was a sister of the wife of a trustee of a school district.

        Your letter advises that there is living issue of the proposed teacher's husband by his first wife, but this is immaterial, since the proposed teacher's husband even during the life of his first wife was not related to the trustee within the terms of Article 432 of the Penal Code in that men who are not otherwise kin to each other do not become related by affinity merely by marrying sisters.  2 C.J. 379.  This precludes the proposition that the man's second wife was related by affinity.

        As said by C. J. Blackley in Central R. etc. Co. v. Roberts, 91 Ga. 513, 18 S. E. 315:

                "The groom and bride each comes within
                the circle of the other's kin;
                but kin and kin are still no more
                related than they were before."

        You are advised, therefore, that such employment is not prohibited by said Article 432.

                                        Yours very truly

                                ATTORNEY GENERAL OF TEXAS

                                By *Glenn R. Lewis*
                                        Assistant

GRL:N

Approved
*Gerald C. Mann*
ATTORNEY GENERAL OF TEXAS